Henry E. GARRETT, Appellant,

v.

STATE of Missouri, Respondent.

**WD 78548**

Missouri Court of Appeals,
Western District.

ORDER FILED: October 11, 2016

Damien De Loyola, Kansas City, MO, for Appellant

Karen Kramer, Jefferson City, MO, for Respondent

Before Division Four: Mark D. Pfeiffer, Chief Judge Presiding, James Edward Welsh, and Alok Ahuja, Judges

## ORDER

Per Curiam:

Henry E. Garrett appeals from the circuit court's judgment denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We affirm. Rule 84.16(b).